3219.   SOUTHERN RAILWAY CO. *v.* BROWN.

POWELL, J.   The evidence seems to preponderate against the verdict; but as the charge of the court was free from error, and as there was some evidence to support the verdict, the judgment is          *Affirmed.*
DECIDED NOVEMBER 7, 1911.

Appeal; from Franklin superior court—Judge Meadow.   January 5, 1911.

*A. G. & Julian McCurry, W. R. Little, George L. Goode,* for plaintiff in error.

*S. B. Swilling, Dorough & Adams,* contra.

---

3258.   ARNOLD *et al. v.* VIRGINIA-CAROLINA CHEMICAL CO.

HILL, C. J.   The positive evidence proved that all the sacks of guano sold to the defendants were branded and tagged and came fully up to the requirements of the statute.   The evidence to the contrary was negative in character and without probative value.   No error of law appears, and the verdict as directed was demanded by the evidence.   The case is controlled by the decision of the Supreme Court in *Holt* v. *Navassa Guano Co.,* 114 *Ga.* 666 (40 S. E. 735).          *Judgment affirmed.*
DECIDED NOVEMBER 7, 1911.

Complaint; from city court of Waycross—Judge McDonald. February 6, 1911.

*Allen B. Spence, James R. Thomas,* for plaintiffs in error.
*Patterson & Copeland, Wilson, Bennett & Lambdin,* contra.